CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JAMES ANGLIN FLYNN (Bar No. 337608)
(E-Mail: James_Flynn@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JAIME RAMIREZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>JAIME RAMIREZ,<br><br>                Defendant. | Case No. 5:25-cr-264-SSS-1<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Deputy Federal Public Defender James Anglin Flynn hereby gives notice that he has been assigned to represent Defendant Jaime Ramirez in this matter.

Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender James Anglin Flynn receives all e-mails relating to filings in this case.

Respectfully submitted,

CUAUHETMOC ORTEGA
Federal Public Defender

DATED: August 27, 2025         By   */s/ James Anglin Flynn*

JAMES ANGLIN FLYNN
Deputy Federal Public Defender

2