CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
AYAH A. SARSOUR (Bar No. 340280)
(E-Mail: ayah_sarsour@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
JAIME HECTOR RAMIREZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>JAIME HECTOR RAMIREZ,<br><br>        Defendant. | Case No. 5:25-cr-264-SSS-1<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Ayah A. Sarsour hereby gives notice that she has been assigned to represent Defendant Jaime Hector Ramirez in this matter. Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender Ayah A. Sarsour receives all e-mails relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: August 27, 2025      By _s/ Ayah A. Sarsour_

AYAH A. SARSOUR
Deputy Federal Public Defender