CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JAMES ANGLIN FLYNN (Bar No. 337608)
Email: james_flynn@fd.org
AYAH A. SARSOUR (Bar No. 340280)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012-4202
Telephone: (213) 894-2854
Fax: (213) 893-0081

Attorneys for Defendant
JAIME HECTOR RAMIREZ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JAIME HECTOR RAMIREZ,<br><br>*Defendant*. | Case No. 5:25-cr-264-SSS<br><br>**Unopposed Ex Parte Application to File Oversized Memorandum and to Set Briefing Schedule; Declaration of Counsel**<br><br>Indictment: Aug. 13, 2025<br>FPTC: Sept. 19, 2025<br>Trial: Oct. 6, 2025<br>Final Speedy Trial Date:<br>Oct. 22, 2025[1] |

---

[1] In light of attorney conflicts and the instant motion, the parties expect to file a stipulation for a continuance of the October 6, 2025 trial date.

Jaime Ramirez, through his counsel of record, hereby applies ex parte to this Court for an order (1) permitting the filing of an oversized memorandum in support of his motion to dismiss and to disqualify and (2) setting a briefing schedule for the motion. The parties have met and conferred: the government does not oppose the oversized request and has agreed to the briefing schedule indicated below and in the accompanying proposed order.

The grounds for this request are based on the enclosed declaration of counsel and the attached proposed motion and oversized memorandum.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: August 28, 2025     By:  */s/ James Anglin Flynn*
                                JAMES ANGLIN FLYNN
                                AYAH A. SARSOUR
                                Deputy Federal Public Defenders

                                *Attorneys for Defendant Jaime Ramirez*

**DECLARATION OF COUNSEL**

I, James Anglin Flynn, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California, appointed to represent Mr. Ramirez.

2. Attached is a 13,235-word motion and supporting memorandum that the defense seeks to file, requesting that this Court void and dismiss the indictment and disqualify Bilal A. Essayli and his supervisees from participating in criminal prosecutions in this district.

3. This Court's Local Rules limit memoranda to 7,000 words. L.R. 11-6.1 (word limit); L. Cr. R. 57-1 (application in criminal cases). The Court's criminal standing order similarly limits memoranda to 25 pages.

4. The motion turns on an analysis of two intricate statutory schemes governing temporary service in federal offices, including 5 U.S.C. §§ 3345–3349e and 28 U.S.C. § 546, as well as related constitutional and remedial principles. An enlargement of the default word limit is warranted in order to address adequately the complex legal issues involved in applying those statutes to the novel facts and posture presented in this matter.

5. The need for such an enlargement was demonstrated recently in another case presenting similar legal issues. *United States v. Giraud*, No. 1:24-cr-768, 2025 WL 2416737 (D.N.J. Aug. 21, 2025). In *Giraud*, the defense filed a motion to dismiss the indictment that addressed the key legal issues within the applicable page limits. *Giraud* Dkt. 99. It soon became clear that the issues needed to be treated at a much more detailed level. But rather than complete a

single round of fulsome briefing from the outset, the parties submitted a series of supplemental briefs addressing the issues piecemeal. All told, the parties to *Giraud* and its related case filed roughly 180 pages of briefing, not counting the many amicus briefs that were also submitted. The district court held oral argument for nearly four hours and ultimately issued two lengthy opinions amounting to a combined 104 pages. *Giraud* Dkt. 116, 144.

6. Good cause therefore exists for granting leave to file the proposed oversized memorandum. Such leave will ensure that the issues in this matter are fully and efficiently briefed and will avoid unnecessarily long and piecemeal briefing in the future.

7. On August 27, 2025, the defense contacted counsel for the government regarding this request. The government does not oppose the request for leave to file an oversized memorandum.

8. Additionally, the parties have agreed to the following briefing schedule and ask that the Court adopt it:

    Government opposition due    Sept. 18, 2025

    Defense reply due    Oct. 2, 2025

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 28, 2025    By: */s/ James Anglin Flynn*
    JAMES ANGLIN FLYNN
    Deputy Federal Public Defender

    *Attorney for Defendant Jaime Ramirez*