**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2ND STREET
LOS ANGELES, CALIFORNIA 90012-4202

| | |
|---|---|
| **CUAUHTEMOC ORTEGA** *Federal Public Defender* | **KELLEY MUNOZ** *Santa Ana Branch Chief* |
| **AMY M. KARLIN** *Chief Deputy* | **ANGELA C.C. VIRAMONTES** *Riverside Branch Chief* |
| **C. PAMELA GÓMEZ** *Capital Habeas Chief* | **MARGARET A. FARRAND** *Appeals Chief* |
| **LISA LABARRE** *Los Angeles Trial Chief* | **JONATHAN AMINOFF** *Non-Capital Habeas Chief* |
| | **NEHA CHRISTERNA** *Collaborative Courts Chief* |

October 6, 2025

James Anglin Flynn
*Deputy Federal Public Defender*
Direct:  213-894-8858
Email:  james_flynn@fd.org

RE:   *United States v. Garcia*, No. 2:25-cr-655-MEMF-1
         *United States v. Ramirez*, No. 5:25-cr-264-SSS-1
         *United States v. Rojas*, No. 2:22-cr-573-FWS-2

Judge Seabright,

The parties in the above-captioned matters jointly inform the Court of a recent decision addressing issues related to those presented in the pending motions to dismiss and to disqualify assigned to Your Honor.  See *Garcia* Dkt. 21; *Ramirez* Dkt. 10; *Rojas* Dkt. 258.

In the District of Nevada, Judge David G. Campbell was designated to hear several motions challenging the service of Sigal Chattah, whom the Attorney General had named as acting U.S. Attorney and special attorney.  On September 30, 2025, Judge Campbell concluded that Ms. Chattah's service does not comply with the Federal Vacancies Reform Act, declined to dismiss the indictments, and ordered that Ms. Chattah be disqualified from supervising the prosecutions at issue.

That order is enclosed here and is available at *United States v. Garcia*, No. 2:25-cr-230-DGC-BNW, [2025 WL 2784640](#) (D. Nev. Sept. 30, 2025), *appeal docketed*, No. 25-6214 (9th Cir. Oct. 2, 2025).  We thank the Court for its attention to this matter.

Sincerely,

*[signature]*
James Anglin Flynn