TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
STEPHEN T. MERRILL (Cal. Bar No. 255827)
Special Assistant United States Attorney
    Riverside Office
       3403 10th Street, Suite 200
       Riverside, California 92501
       Telephone: (951) 276-6144
       Facsimile: (951) 276-6202
       E-mail: Stephen.Merrill@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAIME HECTOR RAMIREZ,<br><br>    Defendant. | ED CR No. 25-264-SSS<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>CURRENT PRETRIAL CONFERENCE DATE: 2/6/2026, 9:00 a.m.<br>PROPOSED PRETRIAL CONFERENCE DATE: 7/31/2026, 9:00 a.m.<br><br>CURRENT TRIAL DATE: 2/23/2026, 9:00 a.m.<br>PROPOSED TRIAL DATE: 8/17/2026. 9:00 a.m. |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on December 19, 2025. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1  The Court further finds that: (i) the ends of justice served by the continuance
2  outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to
3  grant the continuance would be likely to make a continuation of the proceeding
4  impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance
5  would unreasonably deny defendant continuity of counsel and would deny defense
6  counsel the reasonable time necessary for effective preparation, taking into account the
7  exercise of due diligence.

8  THEREFORE, FOR GOOD CAUSE SHOWN:

9  1.  The trial in this matter is continued from February 23, 2026, to August 17,
10 2026, at 9:00 a.m.  The final pretrial conference hearing is continued to July 31, 2026, at
11 9:00 a.m.

12 2.  The time period of February 23, 2026, to August 17, 2026, inclusive, is
13 excluded in computing the time within which the trial must commence, pursuant to 18
14 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

15 3.  Defendant shall appear in Courtroom 2 of the Federal Courthouse, 3470
16 Twelfth Street, Riverside, California on July 31, 2026, at 9:00 a.m.

17 //
18 //

4.      Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____                    _____
 DATE                                                                              HONORABLE SUNSHINE S. SYKES
                                                                                          UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
_____
STEPHEN T. MERRILL
Special Assistant United States Attorney