AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
JAMES ANGLIN FLYNN (Bar No. 337608)
Email: james_flynn@fd.org
AYAH A. SARSOUR (Bar No. 340280)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012-4202
Telephone: (213) 894-2854
Fax: (213) 893-0081

Attorneys for Defendant
JAIME HECTOR RAMIREZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

JAIME HECTOR RAMIREZ,

*Defendant*.

Case No. 5:25-cr-264-SSS

**[PROPOSED] Order Granting Motion to Dismiss and to Disqualify**

Defendant Jaime Ramirez having renewed his motion to dismiss the indictment and to disqualify Bilal Essayli,

**IT IS ORDERED:**

1. Defendant's motion to dismiss is GRANTED; and
2. The indictment, Dkt. 1, is DISMISSED with prejudice.

[OR]

1. Defendant's motion to disqualify Bilal Essayli is GRANTED;
2. Mr. Essayli is DISQUALIFIED from participating in this case, supervising this case, or supervising any attorneys in the handling of this case;
3. The government attorneys handling this case are ORDERED, within 7 days of this order, to file statements in the docket that they are not being supervised by Mr. Essayli in their prosecution of this case, and they shall amend their filings if that changes at any time during the life of this case.

Dated: __________________ By: ______________________________

HON. J. MICHAEL SEABRIGHT
United States District Judge

Presented by:

*/s/ James Anglin Flynn*
JAMES ANGLIN FLYNN
Deputy Federal Public Defender