AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
JAMES ANGLIN FLYNN (Bar No. 337608)
Email: james_flynn@fd.org
AYAH A. SARSOUR (Bar No. 340280)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012-4202
Telephone: (213) 894-2854
Fax: (213) 893-0081

Attorneys for Defendant
JAIME HECTOR RAMIREZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JAIME HECTOR RAMIREZ,<br><br>*Defendant*. | Case No. 5:25-cr-264-SSS |
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>TU ANH TRAN,<br><br>*Defendant*. | Case No. 8:25-cr-250-JVS<br><br>**Joint Stipulation re: Briefing on Government's Anticipated Motion for Stay Pending Appeal** |

The parties to the two above-captioned cases, through their undersigned counsel, respectfully submit this joint stipulation for the Court's consideration. As the Court is

aware, Defendants Ramirez and Tran have each filed renewed motions to disqualify Bilal A. Essayli and to dismiss, and the Court has now taken those motions under submission. The government has stated that if the Court rules in the defendants' favor, the government will appeal and will move for a stay pending appeal.

To provide for an orderly briefing process in that scenario, the parties hereby stipulate as follows:

1. If the Court issues an order (the "Order") granting the renewed motions in whole or in part, the government will file any motion for a stay pending appeal within 5 business days of the Order.
2. The defendants will file any oppositions within 8 business days of the Orders.
3. The government will file any reply within 10 business days of the Order.
4. The parties agree that the Order's effective date should be postponed until the Court rules on the government's motion for a stay pending appeal.
5. If the Court denies the government's motion for a stay pending appeal, the parties agree that the Order should take effect one week after the Court's denial, subject to any further orders of this Court or an appellate court.
6. If the government does not timely move for a stay pending appeal, the parties agree that the Order should take effect one week after they issue.

By entering into this stipulation, no party concedes that a stay pending appeal is or is not warranted; no party concedes any factor or step of the stay analysis; and no party concedes that any further delay in the effective date—including any administrative or emergency stay—should be issued by this Court or any appellate court.

Based on the foregoing, if the Court grants the renewed motions in whole or in part, the parties jointly recommend that the Court adopt the proposed order that

accompanies this stipulation.

Dated: October 19, 2026

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

*/s/ James Anglin Flynn*
JAMES ANGLIN FLYNN [1]
AYAH A. SARSOUR
Deputy Federal Public Defenders

*Attorneys for Jaime Hector Ramirez*

*/s/ H. Dean Steward*
H. DEAN STEWARD [1]

*Attorney for Tu Anh Tran*

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

*/s/ Alexander P. Robbins*
ALEXANDER P. ROBBINS [1]
Deputy Chief, Criminal Appeals Section
Assistant United States Attorney

*Attorneys for United States of America*

---

[1] Pursuant to L.R. 5-4.3.4(a)(2), Mr. Flynn attests that on October 19, 2026, Mr. Steward and Mr. Robbins concurred in this document's content and have authorized its filing on the *Ramirez* docket along the accompanying proposed order. On the same date, Mr. Flynn and Mr. Robbins authorized Mr. Steward to file the same on the *Tran* docket.