**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

USA Jaime Hector Ramirez

PLAINTIFF(S)

v.

Jaime Hector Ramirez

DEFENDANT(S)

CASE NUMBER

5:25-cr-00264-SSS

**NOTICE OF CLERICAL ERROR**

You are hereby notified that due to a clerical error ☒ documents associated with the filing of the new action ☒ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: ORDER (28 U.S.C. § 292(b))

Filed date: 06/23/2026 Document Number(s): 83

☐ Incorrect case number ______ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is ______

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: ______

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: ______ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge ______ to ☐ Judge ☐ Magistrate Judge ______ . The initials of the new judge(s) are: ______

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number ______ has been reassigned to new case number ______ .

☐ Case title is corrected from ______ to ______

☐ Document has been re-numbered as document number ______

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is ______ .

☐ Document is missing page number(s): ______

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: ______

☒ Other: Document filed in the incorrect case.

CLERK, U.S. DISTRICT COURT

Date: 10/26/2026

By: ______
Deputy Clerk