UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JAIME HECTOR RAMIREZ,<br><br>Defendant - Appellee. | No. 26-7369<br><br>D.C. No.<br>5:25-cr-00264-SSS-1<br>Central District of California,<br>Riverside |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>TU ANH TRAN,<br><br>Defendant - Appellee. | No. 26-7372<br><br>D.C. No.<br>8:25-cr-00250-JVS-1<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before: TALLMAN, JOHNSTONE, and TUNG, Circuit Judges.

The unopposed motion to consolidate (Docket Entry No. 3) is granted. Appeal Nos. 26-7369 and 26-7372 are consolidated. The existing briefing schedule in Appeal No. 26-7372 will govern these consolidated appeals.

The motion (Docket Entry No. 5) for an administrative stay of the district court's October 27, 2026, order disqualifying Bilal A. Essayli is granted. The district court's order is temporarily stayed pending disposition of appellant's

motion (Docket Entry No. 5) to stay the order pending appeal. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019) (a temporary stay is "intended to preserve the status quo until the substantive motion for a stay pending appeal can be considered on the merits").

Appellees' responses to the motion to stay the disqualification order pending appeal are due by 12:00 PM Pacific Time on Monday, November 23, 2026. Appellant may file a reply by 5:00 PM Pacific Time on Monday, November 23, 2026.